PHILIP R. SELLINGER
United States Attorney
MARGARET ANN MAHOEY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 645-2761
Fax: (973) 297-2010
email: Margaret.ann.mahoney@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHIEBUKA C. OKOH, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | HON. GEORGETTE CASTNER<br><br>Civil Action No. 22-05709 (GC)(RLS)<br><br>ORDER |

This matter having been brought before the Court upon Defendants' letter, dated December 12, 2022, requesting an extension of time to answer, move or otherwise respond to the complaint so that petitioner may submit additional documentation to Defendants and allowing Defendant time to review the submitted material, and for good cause shown;

IT IS on this 14th day of December, 2022,

ORDERED that Defendants' time to answer, move or otherwise respond to the complaint is extended from **December 23, 2022** to **February 24, 2023.**

So Ordered this 14th day of December, 20 22

Hon. Rukhsanah L. Singh, U.S.M.J.