PHILIP R. SELLINGER
United States Attorney
MARGARET ANN MAHOEY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 645-2761
Fax: (973) 297-2010
email: Margaret.ann.mahoney@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHIEBUKA C. OKOH, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | HON. GEORGETTE CASTNER<br><br>Civil Action No. 22-05709 (GC)(RLS)<br><br>ORDER |

This matter having been brought before the Court upon Defendants' letter, dated February 24, 2023, requesting an extension of time to answer, move or otherwise respond to the complaint so that petitioner may submit additional documentation to Defendants and allowing Defendant time to review the submitted material, and for good cause shown;

ORDERED that Defendants' time to answer, move or otherwise respond to the complaint is extended from **February 24, 2023 to May 19, 2023.**

So Ordered this 23d day
of February , 2023

*R. Singh*

Hon. Rukhsanah L. Singh, U.S.M.J.