PHILIP R. SELLINGER
United States Attorney
MARGARET ANN MAHOEY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 645-2761
Fax: (973) 297-2010
email: Margaret.ann.mahoney@usdoj.gov

It is so ordered this 15th day of May, 2023

*Georgette Castner*
Georgette Castner, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHIEBUKA C. OKOH, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants.* | HON. GEORGETTE CASTNER<br><br>Civil Action No. 22-05709 (GC)(RLS)<br><br>NOTICE OF VOLUNTARY DISMISSALL |

    Petitioner, Chiebuka C. Okoh, by and through her attorney, Jae H. Cho, Esq., hereby provides notice of voluntary dismissal of the above captioned matter pursuant to Fed. Rule Civ. Pro. 41(a)(1)(A)(i), for the following reasons:

    Petitioner filed this action on September 26, 2022, seeking the issuance of a Writ of Mandamus directing Respondents to adjudicate Petitioner's applications. Respondents adjudicated the applications prior to filing an Answer or motion in response to the petition. Petitioners have obtained the relief sought.

    WHERFORE, Petitioner, Chiebuka C. Okoh, by and through her attorney, Jae H. Cho, Esq. hereby gives notice of voluntary dismissal of this action.

Respectfully submitted,

Dated: 5/9/2023

Jae H. Cho, Esq.
Cho Legal Group, LLC
100 Plainfield Ave, Ste 8E
Edison, New Jersey 08817
(732) 545-9600